No. 505. NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE ET AL. v. OVERSTREET. Sup. Ct. Ga. Certiorari granted limited to Question 2 presented by the petition which reads as follows:

"2. Has petitioner National Association for the Advancement of Colored People, a New York corporation, been deprived of its property without due process of law under the Fourteenth Amendment by being held liable in damages for acts performed without its knowledge and by persons beyond its control?"

*Donald L. Hollowell, Robert L. Carter* and *Maria L. Marcus* for petitioners. *Hugh P. Futrell, Jr.*, for respondent.

No. 584. CALIFORNIA v. STEWART. Sup. Ct. Cal. Certiorari granted. The case is set for oral argument immediately following No. 762. *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Gordon Ringer,* Deputy Attorney General, for petitioner.

No. 594. GOJACK v. UNITED STATES. C. A. D. C. Cir. Certiorari granted. *Edward J. Ennis, Osmond K. Fraenkel, Melvin L. Wulf, Frank J. Donner* and *David Rein* for petitioner. *Solicitor General Marshall, Assistant Attorney General Yeagley, Kevin T. Maroney* and *Robert L. Keuch* for the United States.

No. 554. MARTENS v. WINDER. C. A. 9th Cir. Certiorari denied.